```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: April 7, 2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------X
COMMODITY FUTURES TRADING COMMISSION,  :
                                       :
                            Plaintiff, :
                                       :         ORDER
      - against -                      :
                                       :
TFS-ICAP, LLC, et al.,                 :
                                       :      18 Civ. 8914 (VM)
                           Defendants. :
---------------------------------------X

**VICTOR MARRERO, United States District Judge.**

In light of the ongoing public health emergency, the initial case management conference before the Honorable Victor Marrero will take place by teleconference, to be held Friday, April 17, 2020, at 11:30 a.m. The parties are directed to use the following dial-in: (866) 384-6555 (international callers dial (513) 360-6824), participant code 1 312 558 6232.

The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

Dated:     April 7, 2020
           New York, New York

                                    _____
                                    Victor Marrero
                                       U.S.D.J.